# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D2024-0707, 6D2024-1126
CONSOLIDATED
Lower Tribunal No. 18-CA-005454

———————————————————

DAVID SCHWARTZ,

Appellant,

v.

ADP, LLC,

Appellee.

———————————————————

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.


David Schwartz, Fort Myers, pro se.

Christopher B. Hopkins, of Hopkins, P.A., West Palm Beach, and Craig S. Distel and Jeffrey S. Haut, of McDonald Hopkins, LLC, West Palm Beach, and Mario M. Ruiz, of Lerman & Whitebook, P.A., Hollywood, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED